IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

    Plaintiff,

    vs.

UNITED STATES GOVERNMENT,

    Defendant.

CIV-S-06-1582 LKK GGH PS
CIV-S-06-2196 LKK GGH PS
CIV-S-06-2413 LKK GGH PS

ORDER

On December 4, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

| | |
|---|---|
| 1 | Accordingly, IT IS ORDERED that: |
| 2 | 1.  The Proposed Findings and Recommendations filed December 4, 2006, are |
| 3 | ADOPTED; and |
| 4 | 2. These matters are dismissed for lack of subject matter jurisdiction.  <u>See</u> Fed. R. |
| 5 | Civ. P. 12(h)(3). |
| 6 | DATED: January 16, 2007. |

```
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```